*Timothy E. Dinan, Esq. (NJ Bar ID: 023232010; PA Bar ID: 309170)*
*LADDEY, CLARK & RYAN, LLP*
*Attorneys-at-Law*
*60 Blue Heron Road, Suite 300*
*Sparta, NJ 07871-2600*
*Phone: (973) 729-1880*
*Fax: (973) 729-1224*
*Email: tdinan@lcrlaw.com*
*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO REID,<br><br>           Plaintiff,<br><br>     -vs-<br><br>ABDUL R. ALI, BROCK W. DORRITIE, and UNITED PARCEL SERVICE INC. d/b/a UPS,<br><br>           Defendants. | CASE NO.: 2:26-cv-05428<br><br><br><br><br><br>**COMPLAINT** |

Plaintiff, Ricardo Reid, by and through his attorneys, Laddey, Clark & Ryan, LLP, brings this Complaint against Defendants Abdul R. Ali, Brock Dorritie, and United Parcel Service Inc. d/b/a UPS, and in support thereof states as follows:

1

## **PARTIES & JURISDICTION**

1.      Plaintiff, Ricardo Reid, is an adult individual and citizen of the State of New Jersey, residing at 25 Lincoln Street, Morristown, New Jersey 07960.

2.      Defendant, Abdul R. Ali, is an adult individual and, upon information and belief, a citizen of the Commonwealth of Pennsylvania, residing at 1932 Mary Street, Apartment 4B, Bethlehem, Pennsylvania 18017.

3.      Defendant, Brock W. Dorritie, is an adult individual and, upon information and belief, a citizen of the Commonwealth of Pennsylvania, residing at 342 Main Street, Lykens, Pennsylvania 17048.

4.      Defendant, United Parcel Service Inc. d/b/a UPS, is a corporation authorized to conduct business in the State of Pennsylvania, having its principal place at 55 Glenlake Parkway NE, Atlanta, Georgia 30328.

5.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states.

6.     Venue is proper in the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to the claims occurred in this District, specifically on Interstate 78 near mile marker 71.8 in Williams Township, Northampton County, Pennsylvania.

## FACTS RELEVANT TO ALL COUNTS

7.     On or about August 17, 2024, Plaintiff, Ricardo Reid, was lawfully operating his motor vehicle traveling west on Interstate 78 near mile marker 71.8 in Williams Township, Northampton County, Pennsylvania.

8.     At the aforesaid time and place, Defendant Abdul R. Ali was also operating a motor vehicle west on Interstate 78 near mile marker 71.8 in Williams Township, Northampton County, Pennsylvania.

9.     At the aforesaid time and place, Defendant Brock W. Dorritie was also operating a motor vehicle, owned by Defendant United Parcel Service Inc. d/b/a UPS, west on Interstate 78 near mile marker 71.8 in Williams Township, Northampton County, Pennsylvania.

10.     At the aforesaid time and place, a vehicle operated and/or owned by either Defendant Abdul R. Ali, Brock W. Dorritie, and/or United

3

Parcel Service Inc. d/b/a UPS struck the vehicle operated by Plaintiff in the rear, causing a violent collision.

11.    As a direct and proximate result of the collision, Plaintiff was transported by ambulance to St. Luke's Hospital – Anderson Campus Emergency Department, where he was evaluated and treated for acute injuries.

12.    The collision was caused solely by the negligence and carelessness of Defendants Abdul R. Ali, Brock W. Dorritie, United Parcel Service Inc. d/b/a UPS and/or Defendants John Does 1–4 and ABC Corporations 1–4, without any negligence on the part of Plaintiff contributing thereto.

## COUNT I - NEGLIGENCE
## (DEFENDANT ABDUL R. ALI)

13.    Plaintiff repeats and re-alleges the allegations set forth in the preceding paragraphs as if fully set forth herein.

14.    At all times relevant hereto, Defendant Abdul R. Ali owed a duty to Plaintiff and to other motorists on the roadway to operate his motor vehicle in a safe, careful, and prudent manner, and in accordance with the traffic laws of the Commonwealth of Pennsylvania.

15. Defendant Abdul R. Ali breached the aforesaid duties by, among other things:

a) failing to maintain a proper and safe lookout;
b) failing to maintain a safe and assured clear distance behind Plaintiff's vehicle;
c) failing to maintain proper control of his motor vehicle;
d) operating his motor vehicle at a speed greater than was reasonable and prudent under the conditions;
e) failing to apply his brakes in a timely manner so as to avoid the collision;
f) failing to observe and obey applicable traffic laws, statutes, ordinances, and regulations of the Commonwealth of Pennsylvania; and
g) otherwise operating his motor vehicle in a careless, reckless, and negligent manner.

16. As a direct and proximate result of the negligence of Defendant Abdul R. Ali, Plaintiff sustained serious and permanent personal injuries, has suffered and will continue to suffer physical pain, mental anguish, loss of enjoyment of life, and has incurred and will continue to incur medical expenses, together with other losses and damages permitted under Pennsylvania law.

**WHEREFORE**, Plaintiff Ricardo Reid demands judgment against Defendant Abdul R. Ali, jointly, severally, and in the alternative for damages in an amount in excess of $75,000, together with interest, costs of suit, attorneys' fees, delay damages pursuant to Pa. R.C.P. 238, and such other relief as this Court deems just and equitable.

## COUNT II - NEGLIGENCE
## (DEFENDANT BROCK W. DORRITIE)

17.    Plaintiff repeats and re-alleges the allegations set forth in the preceding paragraphs as if fully set forth herein.

18.    At all times relevant hereto, Defendant Brock W. Dorritie owed a duty to Plaintiff and to other motorists on the roadway to operate his motor vehicle in a safe, careful, and prudent manner, and in accordance with the traffic laws of the Commonwealth of Pennsylvania.

19.    Defendant Brock W. Dorritie breached the aforesaid duties by, among other things:

h) failing to maintain a proper and safe lookout;
i) failing to maintain a safe and assured clear distance behind Plaintiff's vehicle;
j) failing to maintain proper control of his motor vehicle;
k) operating his motor vehicle at a speed greater than was reasonable and prudent under the conditions;
l) failing to apply his brakes in a timely manner so as to avoid the collision;
m) failing to observe and obey applicable traffic laws, statutes, ordinances, and regulations of the Commonwealth of Pennsylvania; and
n) otherwise operating his motor vehicle in a careless, reckless, and negligent manner.

20.    As a direct and proximate result of the negligence of Defendant Brock W. Dorritie, Plaintiff sustained serious and permanent personal

6

injuries, has suffered and will continue to suffer physical pain, mental anguish, loss of enjoyment of life, and has incurred and will continue to incur medical expenses, together with other losses and damages permitted under Pennsylvania law.

**WHEREFORE**, Plaintiff Ricardo Reid demands judgment against Defendant Abdul R. Ali and Brock W. Dorritie, jointly, severally, and in the alternative for damages in an amount in excess of $75,000, together with interest, costs of suit, attorneys' fees, delay damages pursuant to Pa. R.C.P. 238, and such other relief as this Court deems just and equitable.

## COUNT III – NEGLIGENCE
## (DEFENDANT UNITED PARCEL SERVICE INC. D/B/A UPS)

21.    Plaintiff repeats and re-alleges the allegations set forth in the preceding paragraphs as if fully set forth herein.

22.    At all times relevant hereto, Defendant United Parcel Service Inc. d/b/a UPS were the owners, lessees, employers, principals, or otherwise responsible for the vehicle operated by Defendant Brock W. Dorritie and/or for the negligent conduct that caused the collision described herein.

7

23.    To the extent Defendant United Parcel Service Inc. d/b/a UPS was negligent in the ownership, maintenance, entrustment, supervision, hiring, training, or operation of the subject vehicle, or otherwise contributed to the collision, they are jointly and severally liable to Plaintiff for the damages set forth herein.

24.    As a direct and proximate result of the negligence of Defendant United Parcel Service Inc. d/b/a UPS, Plaintiff sustained serious and permanent personal injuries, has suffered and will continue to suffer physical pain, mental anguish, loss of enjoyment of life, and has incurred and will continue to incur medical expenses, together with other losses and damages permitted under Pennsylvania law.

**WHEREFORE**, Plaintiff Ricardo Reid demands judgment against Defendants Abdul R. Ali, Brock W. Dorritie, and United Parcel Service Inc. d/b/a UPS, jointly, severally, and in the alternative for damages in an amount in excess of $75,000, together with interest, costs of suit, attorneys' fees, delay damages pursuant to Pa. R.C.P. 238, and such other relief as this Court deems just and equitable.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

## CERTIFICATION

The undersigned hereby certifies that, to the best of counsel's knowledge, the matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding, and no other action or arbitration proceeding is contemplated.

**LADDEY, CLARK & RYAN, LLP**
Attorneys for Plaintiff

Dated: July 31, 2026          By:_____

Timothy E. Dinan, Esq

9